UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-23946-civ-ALTONAGA/O'Sullivan

JOHNNY AGUIRRE *and all others similarly situated under 29 U.S.C. § 216(b)*, )
)
Plaintiff, )
)
v. )
)
PACIFIC INTERNATIONAL SERVICES, INC, et al., )
)
Defendants. )
_____ )

## PLAINTIFF'S STATEMENT OF CLAIM

**COMES NOW** Plaintiff, by and through undersigned counsel, pursuant to the Court Order entered on October 22, 2015 [D.E. 5], and Plaintiff's Initial Complaint filed October 21, 2015 [D.E. 1], and hereby files Plaintiff's Statement of Claim. In support thereof, Plaintiff states as follows:

**A. Federal Overtime Wage Claim:**

1. Period Claimed: October 21, 2012 – October 10, 2014 (except for about 17 weeks during the months of June, August, October, and December in the year 2013).

   a. Weeks: 85 (rounded down).

   b. Hours worked per week on average: 102.

   c. Average hours over 40 worked per week: 62.

   d. Average hourly wage paid: $15.00.

   e. Applicable half-time overtime wage per hour: $7.50.

   f. Overtime wages owed: $7.50/hr. x 62 hrs./week x 85 weeks = $39,525.00.

2. <u>Period Claimed</u>: June, August, October, and December 2013.

   a. <u>Weeks:</u>  17 (rounded down).

   b. <u>Total unpaid overtime hours worked during period claimed:</u> 1,024.

   c. <u>Applicable time-and-a-half-time overtime wage per hour:</u>  $22.50.

   d. <u>Overtime wages owed:</u>  $22.50/hr. x  1,024 hrs.  =  $23,040.00.

3. <u>Overtime Wages Owed:</u>  $39,525.00  +  $23,040.00  =  $62,565.00.

4. <u>Wages Plus Liquidated Damages Owed:</u>  $62,565.00  x  2  =  $125,130.

Respectfully submitted this October 29, 2015.

        J.H. Zidell, P.A.
        300 71st Street, Suite 605
        Miami Beach, Florida 33141
        Tel: (305) 865-6766
        Fax: (305) 865-7167
        *Attorneys for Plaintiff*

        By:  /s/ Julia M. Garrett
        Julia M. Garrett, Esq.
        jgarrett.jhzidellpa@gmail.com
        Florida Bar Number: 105151

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on October 29, 2015, and that no attorney has appeared on behalf of Defendants as of this filing.

>J.H. Zidell, P.A.
>300 71st Street, Suite 605
>Miami Beach, Florida 33141
>Tel: (305) 865-6766
>Fax: (305) 865-7167
>*Attorneys for Plaintiff*
>
>By: /s/ Julia M. Garrett
>Julia M. Garrett, Esq.
>jgarrett.jhzidellpa@gmail.com
>Florida Bar Number: 105151