# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

JOHNNY AGUIRRE and all others similarly )
situated under 29 U.S.C. 216(b), )
)
Plaintiff, )
vs. )
)
PACIFIC INTERNATIONAL SERVICES )
INC., )
ALVARO NOBOA, )
)
Defendants. )

15-cv-23946-Altonaga/O'Sullivan

DATE 11/12/2015 SERVED
TIME 10 dUP
BY CER# 747

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
ALVARO NOBOA
701 Brickell Avenue          277 Park Avenue
Miami, FL 33131              New York, NY 10172

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Oct 21, 2015



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ J. Adams
Deputy Clerk
U.S. District Courts