UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 15-23946-CIV-ALTONAGA/O'Sullivan

**JOHNNY AGUIRRE**,

    Plaintiff,
v.

**PACIFIC INTERNATIONAL SERVICES INC.**, *et al.*,

    Defendants.
_____/

**ORDER REQUIRING SCHEDULING REPORT
AND CERTIFICATES OF INTERESTED PARTIES**[1]

The parties are directed to prepare and file a joint scheduling report, as required by Local Rule 16.1, by **February 11, 2016**. In addition, by **February 11, 2016**, the parties, including governmental parties, must file certificates of interested parties and corporate disclosure statements that contain a complete list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party. Throughout the pendency of the action, the parties are under a continuing obligation to amend, correct, and update the certificates.

**DONE AND ORDERED** in Miami, Florida this 22nd day of January, 2016.

_____
**CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE**

cc:    counsel of record

---

[1] The parties must not include Judge Altonaga and U.S. Magistrate Judge O'Sullivan as interested parties unless they have an interest in the litigation.