UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-23946-CIV-ALTONAGA/O'Sullivan

**JOHNNY AGUIRRE**,

    Plaintiff,
v.

**PACIFIC INTERNATIONAL SERVICES INC.**, *et al.*,

    Defendants.
_____/

## ORDER ON DEFAULT PROCEDURE

**THIS CAUSE** came before the Court *sua sponte*. On November 11, 2015, Plaintiff served a copy of the summons and complaint on the Defendant, Alvaro Noboa (*see* [ECF No. 10]). To date, this Defendant has failed to answer or otherwise respond. Accordingly, it is

**ORDERED AND ADJUDGED** that Plaintiff shall submit a *motion for entry of Clerk's default* no later than **January 29, 2016**, that includes the certificate of service indicating that notice was sent to the Defendant, including the address to which it was sent.[1] Plaintiff's failure to file for the *motion for entry of Clerk's default* within the specified time may result in a **dismissal** without prejudice and without further notice as to this Defendant.

**DONE AND ORDERED** in Miami, Florida, this 22nd day of January, 2016.

                                                      *[signature]*
                                        **CECILIA M. ALTONAGA**
                                        **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record

---

[1] Plaintiff's January 14, 2016 proof of service [ECF No. 10] omits the required affidavit. *See* Fed. R. Civ. P. 4(l)(1). Plaintiff must file this affidavit in support of the motion for entry of Clerk's default.