UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-23946-CIV-ALTONAGA/O'SULLIVAN

JOHNNY AGUIRRE *and all others similarly situated under 29 U.S.C. § 216(b)*,

    Plaintiff,

v.

PACIFIC INTERNATIONAL SERVICES, INC.,
ALVARO NOBOA,

    Defendants.

_____

## PLAINTIFF'S NOTICE OF STRIKING [DE 10] and [DE 15]

**COMES NOW** Plaintiff, by and through undersigned counsel, and files the above-described Notice of Striking [DE 10] and [DE 15], and states as follows:

1. Plaintiff filed a Service of Summons [DE 10] and a Motion for Clerks Entry of Default [DE 15]. This Court ordered in [DE 17] that Plaintiff provide the Proof of Service which should have been attached to the Summons in both [DE 10] and [DE 15].[1]

2. Defendants have appeared and sought an extension of time to respond to Plaintiff's complaint and this extension was uncontested by Plaintiff and thereafter granted by the court [DE 19].

---

[1] The undersigned mistakenly believed that the Summons sheet was evidence of adequate service of process.

3. In light of Defendants' appearance in this action, Plaintiff's consent in permitting Defendants to file a late response, and the Court granting said Motion for Extension of Time, any concern regarding any defect in service of process is moot.

4. Plaintiff strike Summons [DE 10] and Motion of Clerks Entry of Default [DE 15].

Respectfully Submitted,

J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167
*Attorneys for Plaintiff*

By:  /s/ *Stephen M. Fox Jr*
Stephen Michael Fox Jr
Florida Bar No.: 0110359

**CERTIFICATE OF SERVICE:**

I hereby certify that a true and correct copy of the foregoing was served via this Court's CMF/ECF system to all counsel or parties of record in the Service List below on February 2, 2016.

> J.H. Zidell, P.A.
> 300 71st Street, Suite 605
> Miami Beach, Florida 33141
> Tel: (305) 865-6766
> Fax: (305) 865-7167
> *Attorneys for Plaintiff*
>
> By:  /s/ *Stephen M. Fox Jr*
> Stephen Michael Fox Jr
> Florida Bar No.: 0110359

**SERVICE LIST**

Zascha Blanco Abbott
Marshall Dennehey Warner Coleman & Goggin
100 NE 3rd Ave, 11th Fl
Fort Lauderdale, FL 33301
954-847-4958
954-627-6640 (fax)
zbabbott@mdwcg.com
*Attorney for Defendants*