UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-23946-CIV-ALTONAGA/O'Sullivan

JOHNNY AGUIRRE,

    Plaintiff,
v.

PACIFIC INTERNATIONAL
SERVICES, INC., *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court on Defendant, Pacific International Services, Inc.'s Notification of Clerical Error and Notice of Correction to Unopposed Motion for Extension of Time [ECF No. 21]. Being fully advised, it is

**ORDERED AND ADJUDGED** as follows:

1. Defendant, Pacific International Services Inc., shall file a response to the Complaint [ECF No. 1] by **February 18, 2016**.

2. The deadline for compliance with the Order of January 22, 2016 [ECF No. 13] will not be extended.

3. Because Defendant Alvaro Noboa remains unrepresented, Plaintiff, Johnny Aguirre, shall comply with the Order of February 1, 2016 [ECF No. 17] by **February 4, 2016**.

**DONE AND ORDERED** in Miami, Florida this 3rd day of February, 2016.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record