UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-23946-CIV-ALTONAGA/O'SULLIVAN

JOHNNY AGUIRRE *and all others similarly situated under 29 U.S.C. § 216(b)*,

    Plaintiff,

v.

PACIFIC INTERNATIONAL SERVICES, INC.

    Defendant.

_____

**JOINT SCHEDULING REPORT**

Pursuant to Southern District of Florida Local Rule 16.1 and the Court's Order [D.E. 13] entered on January 22, 2016, the Parties hereby file their Joint Scheduling Report in the above styled action and state as follows:

**ELEMENTS REQUIRED BY LOCAL RULE 16.1**

**(A) The likelihood of settlement**

The parties shall continue to explore the possibility of settlement. The Parties are scheduled for a settlement conference on March 4, 2016.

**(B) A discussion of the likelihood of appearance in the action of additional parties**

Plaintiff claims it may add additional parties. Defendant denies all of the claims in Plaintiff's complaint. Defendant denies that any other potential claimants or alleged similarly situated individuals exist.

**(C) Proposed limits on time:**

    **(i) Join other parties and amend the pleadings.**

April 15, 2016.

    **(ii) File and hear motions**

January 18, 2017.

    **(iii) Complete Discovery**

The Parties propose that this case be assigned to a Standard Case Management Track. Accordingly, the Parties propose that discovery be completed by November 14, 2016.

    **(iv) Initial Disclosures**

The Parties agree to exchange initial disclosures on or before March 3, 2016.

**(D) Proposals for the formulation and simplification of issues, including the elimination of frivolous claims or defenses;**

At this time, the parties have not made any decisions regarding simplification of issues or eliminating claims and defenses.

**(E) The necessity or desirability of amendments to the pleadings;**

Plaintiff may desire to amend pleadings to add parties. Defendant denies all of the claims in Plaintiff's complaint. Defendant denies that any other potential claimants or alleged similarly situated individuals exist. Defendant also reserves the right to amend its pleadings.

**(F) A discussion of possible admissions of fact of possible stipulations regarding the authenticity of documents; and of the need for advance rulings from the Court on the admissibility of evidence**

The Parties will endeavor to stipulate to facts and admissions of documents and electronically stored information such as to avoid the unnecessary proof at trial. However, at this point in time, the Parties are unable to stipulate to any facts at this time.

**(G) Suggestions for the avoidance of unnecessary proof and of cumulative evidence;**

The Parties do not have any specific suggestions at this time, but will endeavor to limit unnecessary proof of facts to which the parties stipulate.

**(H) <u>Suggestions on the advisability of referring matters to a Magistrate Judge or master:</u>**

None, although the Parties recognize that discovery matters are generally referred to the Magistrate Judge as a matter of course.

**(I) <u>A preliminary estimate of the time required for trial;</u>**

The Parties estimate that this will be a 2-3 day trial.

**(J) <u>Requested dates for conferences before trial, a final pretrial conference and trial.</u>**

The Parties request a final pretrial conference on March 6, 2017, and trial to begin on March 8, 2017.

**(K) <u>Any other information that might be helpful to the Court.</u>**

The Parties are unaware of any additional information that would be helpful to the Court at this time but will keep the Court apprised of any developments.

### CONSENT OF COUNSEL FOR DEFENDANT

Pursuant to Rule 3J(3) of the Administrative Procedures of the United States District Court for the Southern District of Florida, the undersigned counsel for Plaintiff represents to the Court that counsel for Defendant has authorized her to affix her electronic signature to this Joint Scheduling Report.

Respectfully Submitted,

| | |
|---|---|
| Dated: 2/11/2016 | Dated: 2/11/2016 |
| Stephen M. Fox, Jr., Esq. | Zascha B. Abbott, Esq. |
| J.H. Zidell, P.A. | Marshall Dennehey Warner Coleman & Goggin |
| 300 71st Street, Suite 605 | 100 NE 3rd Ave, 11th Fl |
| Miami Beach, Florida 33141 | Fort Lauderdale, FL 33301 |
| Tel: (305) 865-6766 | 954-847-4958 |
| Fax: (305) 865-7167 | Fax: 954-627-6640 |
| Attorneys for Plaintiff | *Attorneys for Defendants* |
| | |
| By: /s/ *Stephen M. Fox, Jr.* | /s/ *Zascha Blanco Abbot* |
| Stephen M. Fox, Jr. | Zascha Blanco Abbott, Esq. |
| Florida Bar Number: 110359 | Florida Bar No. 614671 |
| Email: Stephen.fox.esq@gmail.com | Email: zbabbott@mdwcg.com |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 15-23946-CIV-ALTONAGA/O'SULLIVAN

JOHNNY AGUIRRE *and all others similarly situated under 29 U.S.C. § 216(b)*,

    Plaintiff,

v.

PACIFIC INTERNATIONAL SERVICES, INC.,

    Defendant.

_____

**PROPOSED JOINT SCHEDULING ORDER**

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.l of the Local Rules of the United States District Court of the Southern District of Florida, the Court being fully advised in the premises, it is thereupon,

ORDERED AND ADJUDGED as follows:

1. This case shall be assigned to the standard case management track.

2. The deadline to join other parties and amend pleadings is _____

3. The deadline to file and hear motions is _____

4. The deadline to complete discovery is _____

5. The pre-trial conference is scheduled for _____

6. The trial is scheduled for the two-week trial period commencing _____

**DONE AND ORDERED** in Chambers this _____ day of _____, 2016.

                                                                           _____
                                                                           UNITED STATES DISTRICT JUDGE

**Copies furnished to:  All Parties**