UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-CV-23946-O'SULLIVAN

JOHNNY AGUIRRE and all others similarly
situated under 29 U.S.C. 216(b),

    Plaintiff,
vs.

PACIFIC INTERNATIONAL SERVICES INC.

    Defendant.
_____/

**DEFENDANT'S RESPONSE TO STATEMENT OF CLAIM**

Defendant, Pacific International Services Inc., by and through the undersigned counsel, hereby files this Response to Plaintiff's Statement of Claim, and states as follows:

1. Defendant denies the allegations in Plaintiff's Statement of Claim, denies any liability and denies that Plaintiff is entitled to any of the relief requested in the Statement of Claim.

2. Defendant denies Plaintiff's claims in their entirety and denies that any amounts are due.

3. Defendant denies the nature of the wages asserted, as well as the amount of hours Plaintiff claims to have worked and the calculations described in Plaintiff's Statement of Claim.

4. Plaintiff was exempt from the overtime provisions of the FLSA pursuant to the motor carrier exemption.

5. Defendant denies that any claim of liquidated damages is appropriate.

6. As set forth above, Plaintiff is not entitled to any overtime and therefore he is not entitled to liquidated damages.

7.     In light of Plaintiff's lack of entitlement to alleged overtime damages, Plaintiff is not entitled to recover attorneys' fees or costs.

8.     Defendant incorporates fully herein by reference all of its defenses asserted in its Answer and Affirmative Defenses, which have been filed with the Court in the above-styled matter.

WHEREFORE, in light of the foregoing, Defendant respectfully requests that this honorable Court dismiss Plaintiff's Complaint, disregard the Plaintiff's Statement of Claim, and enter a judgment in Defendant's favor, and for such other and further relief as this Court deems just and proper.

Respectfully submitted,

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN, P.C.
Attorneys for Defendant
100 NE Third Avenue
Suite 1100
Ft. Lauderdale, FL   33301
Tel:  (954) 847-4920
Fax: (954) 627-6640

By____s/ Zascha Blanco Abbott_____
        Fla. Bar No.  614671
        zbabbott@mdwcg.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on, <u>March 3, 2016</u>, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that the foregoing document is being served this day on all counsel or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

## **SERVICE LIST**

J.H. Zidell, Esq.
J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141
Telephone: (305)865-6766
zabogado@aol.com

LEGAL/103885137.v1