UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-23946-CIV-O'SULLIVAN
[CONSENT]

JOHNNY AGUIRRE,

    Plaintiff,

v.

PACIFIC INTERNATIONAL
SERVICES, INC.,

    Defendant.
_____/

## ORDER SETTING PRETRIAL CONFERENCE AND TRIAL DATE

This case is set for trial commencing **Monday, May 15, 2017**, before United States Magistrate Judge John J. O'Sullivan at the United States District Court, 301 North Miami Avenue, Miami, Florida, Fifth Floor. All parties are directed to report to the calendar call at **10:00 AM on Thursday, May 11, 2017**, at which time all matters relating to the scheduled trial date may be brought to the attention of the Court. A final pretrial conference as provided for by Rule 16, Fed. R. Civ. P., and Rule 16.1(C), S.D. Fla. L.R., is scheduled **Thursday, April 20, 2017, at 10:00 AM**. A bilateral pretrial stipulation and all other pretrial preparations shall be completed **NO LATER THAN FIVE DAYS PRIOR TO THE PRETRIAL CONFERENCE**. The parties shall exchange initial disclosures by **Wednesday, March 9, 2016.** The Court hereby adopts all other deadlines as indicated in the parties' Joint Scheduling Form (DE# 26, 2/11/16). The failure to engage in discovery pending settlement negotiations shall not be grounds for continuance of the trial date.

All exhibits must be pre-marked, and a typewritten exhibit list setting forth the

number and description of each exhibit must be submitted at the time of trial.  For a jury trial, counsel shall prepare and submit joint proposed jury instructions to the Court. The joint proposed jury instructions shall indicate any objections by either party to any instruction. For a non-jury trial, the parties shall prepare and submit to the Court proposed findings of fact and conclusions of law fully supported by the evidence which counsel expects the trial to develop and fully supported by citations to law.  The proposed jury instructions or the proposed findings of fact and conclusions of law shall be submitted to the Court no later than one week prior to the pretrial conference. **Counsel shall submit a copy of the joint proposed jury instructions or proposed findings of fact and conclusions of law as an attachment, in WordPerfect format, to O'Sullivan@flsd.uscourts.gov.**

    DONE AND ORDERED in Chambers at Miami, Florida, this **4th** day of March, 2016.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided:
All counsel on record

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## DISCOVERY PROCEDURE FOR
## MAGISTRATE JUDGE JOHN J. O'SULLIVAN

The following discovery procedures apply to all civil **CONSENT** cases assigned to United States Magistrate Judge John J. O'Sullivan.

If parties are unable to resolve their discovery disputes without Court intervention, Magistrate Judge John J. O'Sullivan will set the matter for a hearing. Discovery disputes are generally set for hearings on Tuesdays and Thursdays in the 5th Floor Courtroom, United States Courthouse, 301 N. Miami Avenue, Miami, Florida.

If a discovery dispute arises, the moving party must seek relief within fifteen (15) days after the occurrence of the grounds for relief, by contacting Magistrate Judge O'Sullivan's Chambers and placing the matter on the next available discovery calendar. Magistrate Judge O'Sullivan's telephone number is (305) 523-5920.

After a matter is placed on the discovery calendar, the movant shall provide notice to all relevant parties by filing a Notice of Hearing. The Notice of Hearing shall briefly specify the substance of the discovery matter to be heard and include a certification that the parties have complied with the pre-filing conference required by Southern District of Florida Local Rule 7.1(a)(3). Generally, no more than ten (10) minutes per side will be permitted.

No written discovery motions, including motions to compel and motions for protective order, shall be filed unless requested by Magistrate Judge O'Sullivan. It is the intent of this procedure to minimize the necessity of motions.

The Court expects all parties to act courteously and professionally in the resolution of their discovery disputes and to confer in an attempt to resolve the discovery issue prior to setting the hearing. The Court may impose sanctions, monetary or otherwise, if the Court determines discovery is being improperly sought or is not being provided in good faith.