UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 15-23946-CIV- O'SULLIVAN

JOHNNY AGUIRRE

    Plaintiff,

v.

PACIFIC INTERNATIONAL SERVICES, INC.

    Defendant.
_____/

## NOTICE OF TAKING PLAINTIFF'S DEPOSITION

**PLEASE TAKE NOTICE** that the undersigned attorney has scheduled the deposition of:

| | |
|---|---|
| **Name:** | JOHNNY AGUIRRE |
| **Date and Time:** | September 28, 2016 at 10:30 a.m. |
| **Location:** | Sioli Alexander Pino<br>6910 N. Kendall Drive<br>Miami, Florida 33156 |

upon oral examination before, **JEANNIE'S COURT REPORTING**, a Court Reporter or any other office or Notary Public authorized by law to take depositions, said examination to continue from day to day until completed. The deposition will be taken for the purpose of discovery, for use at trial, or for such other purposes as are permitted pursuant to all applicable and governing Florida Statutes.

**PLEASE BE GOVERNED ACCORDINGLY.**

In accordance with the Americans with Disabilities Act, persons with disabilities needing a special accommodation to participate in this proceeding should contact the office of the undersigned, no later than seven (7) days prior to the proceeding.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on 14th day of September, 2016, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

**SIOLI ALEXANDER PINO**
6910 N. Kendall Drive, First Floor
Miami, Florida 33156
305.428.2470 – Office
305.428.2471– Facsimile

By: s/ Zascha Blanco Abbott_____
**ZASCHA BLANCO ABBOTT**
Florida Bar No.: 614671