UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 15-23946-CIV- O'SULLIVAN

JOHNNY AGUIRRE,

    Plaintiff,

v.

PACIFIC INTERNATIONAL SERVICES, INC.

    Defendant.

_____/

## JOINT MOTION FOR EXTENSION OF THE DISCOVERY DEADLINE

The parties, JOHNNY AGUIRRE and PACIFIC INTERNATIONAL SERVICES, INC. by and through the undersigned counsel hereby file the above-styled joint motion and state as follows:

1.     The parties in the above-referenced matter previously agreed to the discovery deadline of November 14, 2016. This deadline was adopted by this honorable court's order on February 11, 2016. (D.E. 26).

2.     The parties have in good faith attempted to comply with the court's order and have exchanged discovery responses in this case and are in the process of scheduling depositions. However, the parties have also been exploring the potential resolution of this matter. In order to save additional attorney's fees, costs and expenses in depositions for this case while the parties are attempting to resolve this matter, the parties respectfully request an extension of the discovery deadline.

3. The parties respectfully request an extension of time of the discovery deadline up to and including December 8, 2016 so that the parties have an opportunity to further explore the potential resolution of this matter.

4. The parties have conferred regarding the requested extension and are in agreement regarding the requested relief herein.

5. The requested extension will not affect any other pretrial deadlines or the trial date in this matter.

6. This motion is made in good faith, not for purposes of delay and will not prejudice any party to this action.

WHEREFORE, in light of the foregoing, the parties respectfully request that this honorable Court grant the extension of time of the discovery deadline up to and including December 8, 2016.

| | |
|---|---|
| **SIOLI ALEXANDER PINO** | **J.H. ZIDELL, P.A.** |
| 6910 N. Kendall Drive, First Floor | 300 71st Street, Suite 605 |
| Miami, Florida 33156 | Miami Beach, Florida 33141 |
| 305.428.2471– Facsimile | 305.865.7167 - Facsimile |
| 305.428.2470 | 305-865-6766 |
| | |
| By: s/ Zascha Blanco Abbott | By: s/ Joshua Sheskin |
| **ZASCHA BLANCO ABBOTT** | **JOSHUA SHESKIN** |
| Florida Bar No.: 614671 | Florida Bar No.: 93028 |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 9th day of November, 2016, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record, either via transmission of Notices of

Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        **SIOLI ALEXANDER PINO**
        6910 N. Kendall Drive, First Floor
        Miami, Florida 33156
        305.428.2470 – Office
        305.428.2471– Facsimile

        By: s/ Zascha Blanco Abbott
        **ZASCHA BLANCO ABBOTT**
        Florida Bar No.: 614671

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 15-23946-CIV- O'SULLIVAN

JOHNNY AGUIRRE,

    Plaintiff,

v.

PACIFIC INTERNATIONAL SERVICES, INC.

    Defendant.
_____/

## ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME OF THE DISCOVERY DEADLINE

THIS CAUSE came before the Court on the Parties' Joint Motion for Extension of Time of the Discovery Deadline. Being fully advised, it is

ORDERED AND ADJUDGED that the parties' joint motion is hereby granted. The discovery deadline in the above-styled matter is December 8, 2016.

**DONE AND ORDERED** in chambers on this \_\_\_\_\_ day of November 2016.

                                                  _____
                                                  **MAGISTRATE JUDGE JOHN O'SULLIVAN**
                                                  **Southern District of Florida**