UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-CV-23946

JOHNNY AGUIRRE and all others similarly )
situated under 29 U.S.C. 216(b), )
)
Plaintiff, )
vs. )
)
PACIFIC INTERNATIONAL SERVICES )
INC., )
)
Defendants. )
_____ )

**PLAINTIFFS' UNOPPOSED EXPEDITED MOTION TO APPEAR BY PHONE FOR FAIRNESS HEARING [DE 62]**

Plaintiff, by and through the undersigned, files the above- described Expedited Unopposed Motion to appear telephonically for the hearing scheduled on January 4, 2017 at 3:00pm, and in support thereof state as follows:

1. The Court set a fairness hearing on the settlement in the above captioned case for January 4, 2017 at 4pm [DE 62].

2. The Settlement hearing is necessitated by Opposing Counsel's concerns with complete confidentiality, which is not a term of settlement required by the Plaintiff.

3. As Undersigned Counsel is intimately familiar with the reasons for the settlement, the costs, the attorney billing involved, and this Court's procedures for approving same, Undersigned Counsel would be the best party to attend said hearing.

4. Undersigned Counsel has all day depositions on January 4, 2017, which were scheduled to occur just in time to meet an imminent discovery cut-off date, and cannot be rescheduled.

1

However, Undersigned Counsel could appear by phone during a well-planned 3:00pm break in the depositions.

5. Having any other counsel at Plaintiff's firm represent him at the settlement conference will be inefficient, cause unreasonable expense, and delay, as Undersigned Counsel is the main attorney left at his firm who worked on Plaintiff's case, other than Jamie Zidell. Hence, it is best for all parties involved to allow Undersigned Counsel to appear telephonically.

6. Plaintiffs conferred with Defense Counsel and they do not oppose the relief sought herein.

WHEREFORE, PLAINTIFFS' COUNSEL RESPECTFULLY REQUESTS PLAINTIFFS' COUNSEL BE PERMITTED TO APPEAR FOR THE HEARING VIA TELEPHONE.

### CERTIFICATE OF CONFERRAL

Defendants do not oppose this Motion.

Respectfully Submitted,

J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
 Fax: (305) 865-7167
*Attorneys for Plaintiff*

By:  /s/ Joshua H. Sheskin
Joshua H. Sheskin, Esq.
Jsheskin.jhzidellpa@gmail.com
Florida Bar Number: 93028

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on January 2, 2017.

                J.H. Zidell, P.A.
                300 71st Street, Suite 605
                Miami Beach, Florida 33141
                Tel: (305) 865-6766
                Fax: (305) 865-7167
                *Attorneys for Plaintiff*

                By: /s/ Joshua Sheskin
                Joshua H. Sheskin, Esq.
                Jsheskin.jhzidellpa@gmail.com
                Florida Bar Number: 93028